# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                    NO.   2026 CW 0840
INTEREST OF K.J.


**JULY 29, 2026**

---

In Re:    Joli Jean Stevens, applying for supervisory writs,
          Juvenile Court, Parish of East Baton Rouge, No. 116,469.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's May 15, 2026 judgment which modified and granted custody of the minor child is an appealable judgment. See La. Ch. Code arts. 330, 710 and 716. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to relator pursuant to her notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT